UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re: )
KIMBERLY WALTERS KILLINGSWORTH )
 ) CASE NO. 19-31484
Debtor(s) )

## NOTICE OF APPEARANCE

Now Comes, Leonard N. Math, and files this Notice of Appearance in the above styled action on behalf of THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, An Affiliate of UAB HEALTH SYSTEM and requests that further notices in this case on behalf of said creditor be sent to him as counsel of record.

/s/ Leonard N. Math, dated this 23rd day of July, 2019

OF COUNSEL:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below on this 23rd day of July, 2019.

x    by electronic service

SABRINA L. MCKINNEY
CHAPTER 13 TRUSTEE
PO BOX 173
MONTGOMERY AL 36101-0173
trustees_office@ch13mdal.com

RICHARD D SHINBAUM
SHINBAUM LAW FIRM
56 SOUTH PERRY STREET
MONTGOMERY AL 36104
rshinbaum@smclegal.com

x    by regular U.S. mail

KIMBERLY WALTERS KILLINGSWORTH
933 COLISUM BLVD
MONTGOMERY AL 36109-0000

/s/ Leonard N. Math, dated this 23rd day of July, 2019