## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re  Case No. 19–31484
 Chapter 13
Kimberly Walters Killingsworth ,

  Debtor.

## ORDER CONFIRMING PLAN

The debtor's plan filed on August 2, 2019, was transmitted to creditors pursuant to Rule 3015, Federal Rules of Bankruptcy Procedure. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtor's chapter 13 plan, as amended if applicable, is **CONFIRMED**.

It is further **ORDERED** that any proposed lien avoidance in the debtor's plan is hereby avoided to the extent the debt is not otherwise provided for by the plan.

Dated August 22, 2019

William R. Sawyer
United States Bankruptcy Judge